# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **DEVACHEAY MARTIN** | **CIVIL ACTION NO. 25-866-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MICHELLE DAUZAT, ET AL.** | **MAG. JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, Devacheay Martin ("Plaintiff"), and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Monroe, Louisiana, on this 8th day of December 2025.

**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**